THE CITY OF NEW YORK, Respondent, *v.* MORTON H. C.
   FOSTER, Appellant.

*City of New York* v. *Foster,* 148 App. Div. 258, affirmed.
   (Argued April 30, 1912; decided May 14, 1912.)

APPEAL, by permission, from a judgment of the Appel-
late Division of the Supreme Court in the first judicial
department, entered December 29, 1911, which affirmed a
determination of the Appellate Term reversing a judg-
ment of the Municipal Court of the city of New York in

favor of defendant and granting a new trial in an action to recover a penalty for an alleged violation of the Building Code of the city of New York.

*George I. Woolley* and *Ira J. Ettinger* for appellant.

*Archibald R. Watson,* Corporation Counsel (*Terence Farley, John P. O'Brien, Samuel J. Parmenter* and *Harry Crone* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.